

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00800-CV

**IN THE INTEREST OF A.C.V**,

From the 452nd District Court, Kimble County, Texas
Trial Court No. DCV-2017-1754
Honorable Robert Hofmann, Judge Presiding

# O R D E R

The Court Clerk's Notification of Late Record is this date NOTED. Time is extended to November 20, 2018.

It is so **ORDERED** on November 6, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court